

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2025

No. 04-24-00660-CR

**IN RE** Robinson **BASTIDAS-BASTIDAS**, Relator

Original Proceeding[1]

**ORDER**

On September 27, 2024, Relator, Robinson Bastidas-Bastidas, filed a petition for writ of mandamus, complaining of the trial court's September 9, 2024, order. Bastidas-Bastidas also filed a motion to stay the underlying proceedings, which we granted on September 30, 2024.

After considering the petition and the record, the court concludes Bastidas-Bastidas is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus.

The stay issued on September 30, 2024, is **LIFTED**.

It is so **ORDERED** on March 12, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 36321CR, styled *The State of Texas v. Robinson Bastidas Bastidas*, pending in the County Court, Maverick County, Texas, the Honorable Susan D. Reed presiding.